■ PEOPLE v RICKY HAGANS. [718 NYS2d 812] —Unpublished order of this Court entered on April 4, 2000 (M-8376) recalled and vacated; appeal restored to Court's calendar; leave to prosecute appeal as a poor person granted to the extent indicated. Reinstatement/continuation of bail denied, with leave to renew, as indicated. Concur—Nardelli, J. P., Tom; Mazzarelli, Andrias and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DOUGLASS ARTHUR WISTENDAHL, Admitted on March 31, 1975, at a Term of the Appellate Division, First Department. [713 NYS2d 470] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 257 AD2d 127.]

■ In the Matter of LEONARD E. HARMON, an Attorney. [713 NYS2d 285] —Petition granted and respondent suspended from the practice of law in the State of New York for an indefinite period of time until the further order of this Court. No opinion. Concur—Williams, J. P., Tom, Rubin, Saxe and Buckley, JJ.